# UNITED STATES DISTRICT COURT
for the

Domingo Chavarria, on behalf of himself and others similarly situated,

*Plaintiff*

v.

Environmental Appraisers & Builders, LLC,
Marc Strongwater
and Marc Katzman

*Defendant*

Civil Action No. CV 13 - 3495

BLOCK, J.

MANN, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Environmental Appraisers & Builders LLC
141-07 20th Avenue, Suite 102
Whitestone, NY 11357

Marc Strongwater
141-07 20th Avenue, Suite 102
Whitestone, NY 11357

Marc Katzman
141-07 20th Avenue, Suite 102
Whitestone, NY 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: JUN 20 2013

*Signature of Clerk or Deputy Clerk*