|  |  |
|---|---|
| DOMINGO CHAVARRIA, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s)<br><br>- against -<br><br>ENVIRONMENTAL APPRAISERS & BUILDERS, LLC, ETAL<br><br>Defendant(s) | Index # 13 CIV 3495 (BLOCK)<br><br>Purchased June 20, 2013<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 22, 2013 at 12:00 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on ENVIRONMENTAL APPRAISERS & BUILDERS, LLC therein named,

**SECRETARY OF STATE** a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'5 | 145 |

Sworn to me on: July 24, 2013

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Comm. Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Comm. Expires November 26, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Comm. Expires April 3, 2015

STEVEN C. AVERY

Invoice #: 581574

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728